IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | * | |
| | * | |
| v. | * | Criminal Case No. JFM-16-0190 |
| | * | |
| CHENEIR DUBOIS FEREBEE, | * | |
| Defendant | * | |

*************

## MEMORANDUM AND ORDER

This Court is in receipt of Defendant Cheneir Dubois Ferebee's "Motion to Dismiss Criminal Complaint and Demand for Speedy Trial." [ECF No. 46]. Defendant Ferebee contends that the failure to provide him a preliminary hearing in accordance with Fed. R. Crim. P. 5.1 warrants dismissal of the prosecution. This Court disagrees.

While this case was pending under Criminal Case No. 16-0999-SAG, Defendant Ferebee, through counsel, expressly waived his right to a preliminary hearing. [ECF No. 16]. Under Rule 5.1(a)(1), the requirement that a preliminary hearing be held within 14 days of the initial appearance was eliminated by that waiver. Although two consent motions to exclude time under the Speedy Trial Act were subsequently filed, neither motion altered the fact that the preliminary hearing had been waived. [ECF Nos. 19, 21]. Those motions contemplated the exclusion of time within which trial had to occur, and did not mention that a preliminary hearing might occur in the future. *Id.* The instant motion, filed by Defendant Ferebee's new attorney, provided the first indication on the docket that Defendant Ferebee wished to proceed to a preliminary hearing. [ECF No. 46]. Within eight days of the filing of that motion, on August 31, 2016, a grand jury

indicted Defendant Ferebee. Accordingly, Defendant Ferebee is now properly held on the basis of the validly issued indictment, and is not entitled either to release or to dismissal of the prosecution.

For the reasons stated above, it is, this 14th day of September, 2016, hereby ORDERED that:

(1) Defendant Cheneir Dubois Ferebee's Motion to Dismiss Criminal Complaint and Demand for Speedy Trial [ECF No. 46] is DENIED; and

(2) The Clerk shall send copies of this Order and the accompanying Memorandum Opinion to counsel for the parties.

/s/
J. Frederick Motz
United States District Judge